# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>IRMA MIGUEL,<br><br>       Defendant and Judgment Debtor.<br><br>STANISLAUS COUNTY,<br>(and its Successors and Assignees)<br><br>       Garnishee. | Case No. 1:17-mc-00013-DAD-SAB<br><br>**FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF CONTINUING GARNISHMENT**<br><br>Criminal Case No.: 1:96-CR-05110-REC |

Currently pending before the Court is the United States' request for findings and recommendations for a final order of continuing garnishment against the property and account(s) of the Defendant and Judgment Debtor, Irma Miguel ("the request"), which was referred to the undersigned pursuant to Local Rule 302(c)(7). The Court, having reviewed its files and the request, and good cause appearing therefrom, issues the following findings and recommendations.

The Court finds as follows:

1.      On August 26, 1996, the Court convicted and sentenced Defendant Irma Miguel in criminal case number 1:96-cr-5110-REC. The Judgement ordered that Defendant pay a $50.00

special assessment and $224,655.62 in restitution.  See U.S.A. v. Miguel, 1:96-cr-5110-REC, ECF Nos. 5 & 6.

2.      To collect the restitution order, the United States filed an application for writ of garnishment on February 16, 2017, in the instant case.  (ECF No. 3.)

3.      As of February 15, 2017, Irma Miguel owed $224,307.42 in restitution and surcharge.  (ECF No. 3 at 2.)

4.      The Clerk issued a writ of garnishment, as well as the Clerk's notice and instructions to judgment debtor on February 17, 2017.  (ECF Nos. 4, 5.)

5.      On February 17, 2017, the United States served the Garnishee and Judgment Debtor with a copy of the Writ of Garnishment and its attachments.  The Judgment Debtor was notified of her right to a hearing and object to the answer and/or to claim exemptions.  (ECF No. 6).  Specifically, the notice advised the Judgement Debtor that she had twenty days (20) days from the date the garnishee served its answer to file a request for hearing pursuant to 28 U.S.C. § 3205(c)(5), and/or to assert a claim of exemption.

6. Garnishee, Stanislaus County, served its acknowledgment of service and answer of garnishee (the "answer") to the writ on March 2, 2017.  In its answer, the Garnishee identifies the Judgment Debtor as a wage-earning employee and states it served the Judgment Debtor on March 2, 2017, with a copy of the answer.  (ECF No. 8).

7. No request for hearing was filed, and no claims of exemptions were raised by the Judgment Debtor, as set forth in 28 U.S.C. § 3014(b)(2).

Based on the foregoing, IT IS HEREBY RECOMMENDED that:

1.      The United States' Request for a final order of continuing garnishment be GRANTED;

2.      GARNISHEE be ORDERED to pay at least monthly to the Clerk of the United States District Court, twenty-five (25) percent of the Defendant and Judgment Debtor Irma Miguel's disposable wages, earnings, commissions, bonuses, and compensation until: the judgment including interest and surcharge amount of $223,631.25 is paid in full; further order of this Court; or Stanislaus County no longer has custody, possession or control of any property

belonging to Defendant and Judgment Debtor.

3. Stanislaus County be further ORDERED to provide the United States with written notice if the amount or form of compensation to Defendant and Judgment Debtor changes while this order is in effect or if Stanislaus County no longer has custody, possession, or control of Defendant and Judgment Debtor's property.

4. GARNISHEE be further ORDERED to DELIVER to the Clerk of the United States District Court, within fifteen (15) days of the filing of the Order, all amounts previously withheld by Stanislaus County pursuant to the writ of garnishment. Stanislaus County shall also provide the United States with a written accounting, by pay period, of the amounts withheld from the Defendant and Judgment Debtor's wages during the period from service of the writ to entry of this final order.

5. The instrument of payment must be made in the form of a cashier's check, money order or company draft, and made payable to the "Clerk of the Court" and delivered to the United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814. Stanislaus County shall also state the criminal docket number (Case No. 1:96-CR-05110-REC) on the payment instrument.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

These findings and recommendations are submitted to the district judge assigned to this action, pursuant to this Court's Local Rule 304. Within fourteen (14) days of service of these findings and recommendations, any party may file written objections to these findings and recommendations with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed with the court and served on all parties within fourteen days after service of the objections. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: __**April 26, 2017**__

UNITED STATES MAGISTRATE JUDGE