UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff and Judgment Creditor,<br><br>    v.<br><br>IRMA MIGUEL,<br><br>    Defendant and Judgement Debtor. | No. 1:17-mc-00013-DAD-SAB<br><br>ORDER TERMINATING WAGE GARNISHMENT<br><br>(Doc. No. 17) |
| STANISLAUS COUNTY,<br><br>    Garnishee. | |

    This matter is before the court on plaintiff United States' application for an order terminating wage garnishment. (Doc. No. 17.) As set forth in plaintiff's application, the United States garnished defendant Miguel's wages from her employer, Stanislaus County. (*Id.*) The United States now requests that the writ of wage garnishment be terminated pursuant to 28 U.S.C. § 3613(b) because the liability to pay restitution has expired. (*Id.*)

////

////

////

Good cause appearing from the review of the court files and the United States' application for an order terminating wage garnishment, the United States' application (Doc. No. 17) will be granted.  The writ of garnishment issued against Irma Miguel is hereby terminated pursuant to 18 U.S.C. § 3613(b) and 28 U.S.C. § 3205(c)(10)(B).

IT IS SO ORDERED.

Dated:  **October 1, 2020**            /s/ Dale A. Drozd
                                    UNITED STATES DISTRICT JUDGE