UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:17-mc-00013-DAD-SAB |
| Plaintiff, | |
| v. | ORDER CLOSING THIS CASE |
| IRMA MIGUEL, et al., | |
| Defendants. | |

On October 2, 2020, this court granted plaintiff's application for an order terminating wage garnishment.  (Doc. No. 18.)  In light of this order terminating the writ of garnishment issued against defendant Miguel, the court DIRECTS the Clerk of the Court to now close this miscellaneous case.

IT IS SO ORDERED.

Dated:   **July 6, 2026**                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1